FILED
PREBLE COUNTY OH
05/30/2023 11:27 AM
BRIONNE REYNOLDS,CLERK OF COURTS
23CV032706

## IN THE COMMON PLEAS COURT OF PREBLE COUNTY, OHIO
## CIVIL DIVISION

| | | |
|---|---|---|
| **Luke T. Dillhoff** | : | |
| 6266 Engle Road | | Case No.: |
| West Alexandria, OH 45381 | : | |
| | | Judge: |
| **Plaintiff,** | : | |
| vs. | | |
| | : | |
| **C&R Incessant, Inc.** | | |
| 6325 Bastille Court | : | |
| Rancho Cucamonga, CA 91739 | | **COMPLAINT FOR PERSONAL** |
| | : | **INJURIES WITH JURY** |
| and | | **DEMAND ENDORSED HEREON** |
| | : | |
| **Ming Zhu** | | |
| 309 South Del Mar Avenue, Apt. 1 | : | |
| San Gabriel, CA 91776 | | |
| | : | |
| and | | |
| | : | |
| **State Farm Mutual Insurance Company** | | |
| PO Box 106170 | : | |
| Atlanta, GA 30348-6170 | | |
| | : | |
| and | | |
| | : | |
| **Community Insurance Company, dba** | | |
| **Anthem Blue Cross and Blue Shield** | : | |
| c/o CT Corporation System | | |
| 4400 Easton Commons Way, Suite 125 | : | |
| Columbus, OH 43219 | | |
| | : | |

1

FILED
PREBLE COUNTY OH
05/30/2023 11:27 AM
BRIONNE REYNOLDS, CLERK OF COURTS
23CV032706

Defendants.

## FIRST CLAIM FOR RELIEF

1. On or about August 25, 2022, Plaintiff Luke T. Dillhoff was operating a motor vehicle on US Route 127 in a Northbound direction in Monroe Township, Preble County, Ohio, when Defendant Ming Zhu, an uninsured/underinsured motorist, pulled out from a private drive and negligently failed to yield the right of way, thereby colliding with Plaintiff's vehicle.

2. At all times relevant herein, Defendant C&R Incessant, Inc., was a corporation engaged in the transport of goods by truck, USDOT # 3587554.

3. Upon information and belief, at all times relevant herein, Defendant Ming Zhu was employed by Defendant, C&R Incessant, Inc. At all times relevant herein, Defendant Ming Zhu was acting within the course and scope of his employment with Defendant C&R Incessant, Inc., and/or as the agent of Defendant C&R Incessant, Inc.

4. At all relevant times, Defendant C&R Incessant, Inc., negligently entrusted the vehicle to Defendant Ming Zhu, an inexperienced and incompetent driver.

5. As the proximate result of the negligence of Defendants Ming Zhu and C&R Incessant, Inc., Plaintiff Luke T. Dillhoff sustained injuries and damages as follows:

    a. Severe and permanent injuries and impairment;

    b. Great pain and suffering, both physical and emotional, and loss of ability to perform usual functions and the injuries will cause further pain and suffering and loss of ability to perform usual functions in the future;

    c. Reasonable and necessary medical expenses as well as further medical expenses to be incurred in the future;

    d. Loss of wages and earnings in an amount yet to be determined;

    e. Property damage in an amount yet to be determined;

    f. Miscellaneous out of pocket expenses in an amount yet to be determined.

6. Defendant Ming Zhu was knowingly operating the aforesaid truck in a fatigued state beyond the 14-hour duty period required by law. This was with the knowledge, consent and at the behest of Defendant C&R Incessant, Inc., and within Ming Zhu's scope of

FILED
PREBLE COUNTY OH
05/30/2023 11:27 AM
BRIONNE REYNOLDS,CLERK OF COURTS
23CV032706

Case: 3:23-cv-00184-MJN-PBS Doc #: 4 Filed: 06/29/23 Page: 3 of 5 PAGEID #: 62

employment.

7. The failure to have proper rest breaks for Ming Zhu and the other drivers of Defendant C&R Incessant, Inc. demonstrates a conscious disregard for the rights and safety of other persons that has a great probability of causing substantial harm, thereby entitling the Plaintiff to punitive damages.

**WHEREFORE**, Plaintiff Luke T. Dillhoff demands judgment against Defendant Ming Zhu and Defendant C&R Incessant, Inc. in an amount in excess of $25,000.00 in compensatory damages and punitive damages, plus interest and the costs of this action.

## SECOND CLAIM FOR RELIEF

8. Plaintiff incorporates each and every allegation contained in the First Claim for Relief as though fully rewritten herein.

9. Plaintiff, Luke T. Dillhoff, brings this action for uninsured/underinsured motorist coverage, pursuant to Section 3937.18 Revised Code and for Declaratory Judgment pursuant to Sections 2721.01 through 2721.15 Revised Code.

10. Defendant, State Farm Mutual Insurance Company (hereinafter "State Farm") is a corporation authorized to do the business of insurance within the County of Montgomery, State of Ohio.

11. On or about August 25, 2022, Plaintiff was injured and received damages as a result of the negligence of Defendant Ming Zhu and/or Defendant C&R Incessant, Inc., an uninsured/underinsured motorist, as set forth in the First Claim for Relief.

12. On August 25, 2022, Plaintiff Luke T. Dillhoff was insured under a policy of automobile insurance which contained uninsured/underinsured motorist coverage. Plaintiff is not in possession of a complete copy of said policy.

13. Plaintiff has made a claim for uninsured/underinsured motorist coverage under State Farm's policy of insurance.

14. Plaintiff has cooperated with State Farm with respect to the claim for uninsured/underinsured motorist coverage and has complied with all applicable terms and conditions of State Farm's automobile policy of insurance.

15. Plaintiff has demanded payment of underinsured motorists coverage pursuant to State Farm's automobile liability policy of insurance and/or general liability insurance policy as a result of Plaintiff's injuries and damages as referred to in the First Claim for Relief, but Plaintiff and State Farm have not been able to agree as to whether Plaintiff is legally

3

FILED
PREBLE COUNTY OH
05/30/2023 11:27 AM
BRIONNE REYNOLDS,CLERK OF COURTS
23CV032706

  entitled to recover damages or the amount of damages pursuant to conditions of the underinsured motorist provision of State Farm's automobile liability policy of insurance and/or general liability insurance policy.

16. State Farm has failed and refuses to make payment under the terms of the under insured motorist provisions of its automobile liability policy of insurance and/or general liability insurance policy.

  **WHEREFORE**, Plaintiff, Luke T. Dillhoff, demands judgment against Defendant State Farm Mutual Insurance Company in an amount in excess of $25,000.00, in accordance with the terms and conditions of Plaintiff's policy of insurance with State Farm Mutual Insurance Company and O.R.C. §2721.01 through 2721.15 and §3937.18 together with pre-judgement interest, attorney fees and the cost of this action.

## THIRD CLAIM FOR RELIEF

17. Plaintiff incorporates each and every allegation contained in the First and Second Claims for Relief as though if fully rewritten herein.

18. State Farm may have a subrogation claim in this matter by virtue of funds paid on behalf of Plaintiff, Luke T. Dillhoff, pursuant to the medical payments coverage of the automobile insurance policy.

19. As a result, State Farm may have a vested interest in the within action as a result of its claim to subrogation, if one so exists.

20. State Farm is being joined in this action to defend and protect its claim of subrogation if one exists.

  **WHEREFORE**, Plaintiff Luke T. Dillhoff demands that Defendant State Farm Mutual Insurance Company appear and represent its interests in this matter or be forever barred from pursuing its claim of subrogation if one exists.

## FOURTH CLAIM FOR RELIEF

21. Plaintiffs incorporate each and every allegation contained in the First, Second and Third Claims for Relief as though fully rewritten herein.

22. Defendant Community Insurance Company, dba Anthem Blue Cross and Blue Shield, may have paid medical expenses on behalf of Plaintiff Luke T. Dillhoff in connection with the injuries as set forth in the First, Second and Third Claims for Relief.

23. As a result, Defendant Community Insurance Company, dba Anthem Blue Cross and Blue Shield, may have a vested interest in the within action as a result of its claim of

FILED
PREBLE COUNTY OH
05/30/2023 11:27 AM
BRIONNE REYNOLDS,CLERK OF COURTS
23CV032706

subrogation, if one so exists. Plaintiff denies any right of recovery exists.

24. Defendant Community Insurance Company, dba Anthem Blue Cross and Blue Shield, is being joined in this action to defend and protect its claim of subrogation, if one so exists.

**WHEREFORE**, Plaintiff, Luke T. Dillhoff, demands that Defendant Community Insurance Company, dba Anthem Blue Cross and Blue Shield, appear and represent its interest in the within action or be forever barred from pursuing its subrogation claim, if one so exists.

Respectfully submitted,

**THE ATTKISSON LAW FIRM**

/s/ Ronald J. Maurer
Ronald J. Maurer, Esq. (0063391)
Attorney for Plaintiff
3033 Kettering Blvd, Suite 213
Dayton, Ohio 45439
(937) 276-9700
(937) 276-9701 (Fax)
rjm@attkissonlawfirm.com

## JURY DEMAND

**NOW COMES** Plaintiff, Luke T. Dillhoff, by and through counsel, and hereby demands a trial by jury.

/s/ Ronald J. Maurer
Ronald J. Maurer (0063391)