UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LUKE T. DILLHOFF,

      Plaintiff,                         Case No. 3:23-cv-184

vs.

C&R INCESSANT, INC., *et al.*,          District Judge Michael J. Newman
                                      Magistrate Judge Peter B. Silvain, Jr.

      Defendants.

---

## ORDER

---

This civil case came before the undersigned for a teleconference on January 12, 2024. At the teleconference, the parties requested an extension of the remaining deadlines in this case to account for the Plaintiff's health. For good cause shown, the parties' oral request is **GRANTED**. The remaining case management dates and deadlines in this case are as follows:

| | |
|---|---|
| Primary expert designations: | **April 2, 2024** |
| Rebuttal expert designations: | **May 2, 2024** |
| Joint status report on discovery and mediation | **May 10, 2024** |
| Discovery cut-off: | **June 14, 2024** |
| Dispositive motion deadlines | **July 15, 2024** |

**IT IS SO ORDERED.**

January 12, 2024                       *s/Peter B. Silvain, Jr.*
                                         Peter B. Silvain, Jr.
                                         United States Magistrate Judge