UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LUKE T. DILLHOFF,

    Plaintiff,                                                Case No. 3:23-cv-184

vs.

C&R INCESSANT, INC., *et al.*,              District Judge Michael J. Newman

    Defendants.

---

**ORDER: (1) GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND (Doc. No. 29); AND (2) EXTENDING PLAINTIFF'S RESPONSE DEADLINE TO AUGUST 26, 2024**

---

This case is before the Court upon Plaintiff's unopposed motion for an extension of time to respond to Defendants' motion for summary judgment. Doc. No. 29. For good cause shown, the Court **GRANTS** the unopposed motion and **EXTENDS** Plaintiff's response deadline to **August 26, 2024**.

    **IT IS SO ORDERED.**

July 19, 2024                                        s/Michael J. Newman
                                                                Hon. Michael J. Newman
                                                                United States District Judge