UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LUKE T. DILLHOFF,

    Plaintiff,

vs.

C&R INCESSANT, INC., et al.,

    Defendants.

Case No. 3:23-cv-184

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.
Magistrate Judge Caroline H. Gentry
(mediation referral)

---

### ORDER: (1) REFERRING THE CASE TO MAGISTRATE JUDGE CAROLINE H. GENTRY FOR THE PURPOSE OF HOLDING ONE OR MORE MEDIATION CONFERENCES; AND (2) REQUIRING THE PARTIES TO PARTICIPATE IN GOOD FAITH IN THE MEDIATION CONFERENCE(S)

---

Rule 16.3(a)(1) of the Southern District of Ohio Civil Rules provides, "Upon request by any party or in its discretion and at such times during the progress of the case as appear appropriate, the Court may assign any civil case that is not exempted hereunder for one or more mediation conferences."[1]

The instant case has progressed to the point where referral for a mediation conference is appropriate because it may assist the parties in reaching a just, speedy, and less expensive resolution of this case, *cf*. Fed. R. Civ. P. 1, especially when compared to litigating the case through the summary-judgment stage followed by trial, if warranted, and appeal, if pursued. Consequently, pursuant to 28 U.S.C. § 636(c) and S.D. Ohio Civ. R. 16.3(a)(1), this case is hereby **REFERRED**

---

[1] A case is exempt from a mediation conference when it is exempt from the initial disclosure requirements of Fed. R. Civ. P. 26(a)(1)(B). *See* S.D. Ohio Civ. R. 16.3(b). The instant case is not exempt from Rule 26(a)(1)(B)'s initial disclosure requirements and, as a result, it is not exempt from participating in the mediation conference(s) required by this Order. *See id*.

to Magistrate Judge Caroline H. Gentry for one or more mediation conferences.  The Court **ORDERS** the parties to participate in good faith in the mediation conference(s).

The date for the mediation conference(s) shall be arranged directly with Magistrate Judge Gentry.

**IT IS SO ORDERED.**

November 21, 2024                                s/*Michael J. Newman*
                                                 Hon. Michael J. Newman
                                                 United States District Judge